NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ERNEST PITTS, JR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

2011-7182

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-4560, Judge Alan G. Lance, Sr.

## ON MOTION

## ORDER

Ernest Pitts, Jr. moves for a 30-day extension of time, until January 18, 2012, to file his opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  No further extensions should be anticipated.

FOR THE COURT

DEC 2 1 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Jessica R. Toplin, Esq.
     Miguel F. Eaton, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 2 1 2011**

**JAN HORBALY**
**CLERK**